**Paul A. PORTER, Price Administrator, Office of Price Administration, Plaintiff-Appellee, v. WENDEE JUNIOR, Inc., Defendant-Appellant.**

**No. 279.**

Circuit Court of Appeals, Second Circuit.

June 27, 1946.

Carl Schaeffer, and Nemeroff, Jelline, Danzig & Paley, all of New York City, for appellant.

Joseph Forer, George Moncharsh, Deputy Adm'r, for Enforcement, Milton Klein, Director, Litigation Div., David London, Chief Appellate Branch, and Nathan

Siegel, Sp. Appellate Atty., Office of Price Administration, all of Washington, D. C., and Kenneth V. Fisher, Regional Litigation Atty., Office of Price Administration, of New York City, for appellee.

Before SWAN, CLARK, and FRANK, Circuit Judges.

PER CURIAM.

The appellant contends that Revised Maximum Price Regulation 287 contains no provision fixing the maximum price of garments which do not have the proper minimum allowable cost. Acceptance of this contention concededly requires us to disagree with Bowles v. Biberman Bros., 3 Cir., 152 F.2d 700. We do not disagree with it. On the authority of that case judgment is affirmed.